# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 7:19-CR-265(1)-DC |
| | § | |
| JESSE RAY HARDEE | § | |

## MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes David G Rogers, Movant, and brings this Motion to Withdraw as Counsel and Substitute Counsel and in support thereof shows:

1. Counsel was appointed to represent Jesse Ray Hardee on December 11, 2019 for Possession of Controlled Substance with Intent to Distribute 50 grams or more of actual methamphetamine.
2. The Defendant was sentenced to 365 months in United Stated Bureau of Prisons
3. The Defendant requested that counsel file a Notice of Appeal.
4. The Defendant should be appointed new counsel for Appeal.
5. Counsel Filed a Notice of Appeal on June 11, 2020.
6. Counsel is not on the list for accepting Appeals.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant his Motion to Withdraw as Counsel on the face of this pleading.

Respectfully submitted,

**FIVECOAT & ROGERS PLLC**
214 W. Texas Ave Ste. 811
Midland, Texas 79701
(432) 620-8774 (Tel)
(432) 620-9945 (Fax)

By: _____
David G. Rogers
State Bar No. 00788310
david@fivecoatlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on June 11, 2020, the foregoing document was filed using the CM/ECF filing system, causing an electronic copy to be delivered to Glenn Harwood, at the United States Attorney's Office, Midland, Texas.

_____
David G. Rogers
Attorney for Appellant