FILED

JUN 15 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Jesse Ray Hardee #43834-480
U.S.P. Pollock
United States Penetentiary
P.O.Box 2099
Pollock, La 71467
MO: 19-CR-00265 (1) DC
MO: 22-CV-00028

Correction to Documents 112. To the last Sentence
on Ground 1. Says he did do that. Talking about
asking to have the State Charges run concurrent
with Federal Sentence. He did not do that.


Ground 1 - Ineffective Assistance of Counsel:
David Rogers never once even ask me about my
case. Never ask me about what really happened
or anything. Never came to Haskell, Tx. Was not
there for the Interview with Probation Officer
Angela Lopez or even on a Conference call to
advise me, or explain things about the P.S.R.
and the importance of the report, and how it
would effect me at sentencing. Had "Encouraged
Me to Plead Guilty" Saying I was looking at
151 months to 188 months. Also told me on two
different occasions that if I took it to trial
they (The Feds) would Life me. At Sentencing

1-5

I received 365 months plus 5 years supervised release. That is Life. I knew Mr. Rogers had no interest in my case so I wrote to him and the Court asking for New Counsel. And was denied. I feel that Mr. Rogers was only interested in the race for Judge. I feel as though my case suffered severely due to his Lack of Commitment or Concern.

Ground Two: Plead Guilty to One Count of the Indictment.

Never have seen the Lab report on my case Co-defendant received a copy. Again have no ideal what all that means Except there was 273 grams of Methamphetamine sent to the Lab. Mr. Rogers said we would wait for Lab report. That's what I plead Guilty to.

Ground Three: Search Warrant.
No One gave permission for them to Search
the house. The Search Warrant didn't
include any information as to description
of property or Identify anyone. No Attachments
A or B. Also did not include Building on
Property. Inventory sheet was not
Completely filled out for the information
required. There were no Weights or Quantity
on anything. Mr. Harwood said at my
Sentencing that there was another 30,000
or 40,000 found at the house. The was
no information about that on the Search
Warrant either.

Ground Four: P.S.R.

United States V Asbury (7th Cir 2022)

Lack of Adequate factual basis for drug quantity I have requested P.S.R and have been denied access. I was allowed to Look at this very important Document for maybe 1 minute before Sentencing. Up until now I had no clue how vidal this Document was to my Case. And the Standing order in the Western District, states a defendant is no Longer able to have access But Mr. Rogers Did. And it was one of the most important Documents in my Case but yet he didn't deem it necessary or take time with me to Look it over. So that I could have decided if there were things that needed to be discussed or address with the Probation Department. So the Documention: the information that was vidal to my Case and effected the Sentence Imposed on me has now been sealed. The same Documents that sent me to Prison and Now I have absolutley no access to To Defend Myself. On what Level is that Justice. How can this Court take money that We were sued for in Crane County, TX

4-5

And use it again to convert it into
Ghost Dope. Seems that would be
Double Jeopardy. And the 36,672 we
were both sued for it and then this
Court uses it again

THE STATE OF TEXAS

VS

THIRTY SIX THOUSAND SIX
HUNDRED SEVENTY TWO
DOLLARS ($36,672.00) IN UNITED
STATES CURRENCY, IN REM

IN THE DISTRICT COURT

109TH JUDICIAL DISTRICT

CRANE COUNTY, TEXAS



## CITATION

**TO: CASONDRA MCDOUGAL**

You are hereby commanded to appear before the 109th District Court, Crane County, Texas, to be held at the courthouse of said County in the City of Crane Texas, by filing a written answer to the petition of Plaintiff at or before 10 o'clock of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **6860**, styled,

### THE STATE OF TEXAS
### VS
### THIRTY SIX THOUSAND SIX HUNDRED SEVENTY TWO DOLLARS ($36,672.00) IN UNITED STATES CURRENCY, IN REM

filed in said court on the 9th day of December, 2019.
Petitioner is represented by Amanda Navarette, whose address is P.O. Box 1041, Kermit, Texas 79731.

Issued and given under my hand and seal of said Court at Crane Texas, this 10th day of December, 2019.

JUDY CRAWFORD, Clerk
109th District Court, Crane County, Texas
By: _Janell Coshumake_, Deputy

### NOTICE
You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

### SHERIFF'S RETURN
Came to hand on the _10th_ day of _December_, 20_19_ at _9:00_ o'clock _A_.m., and executed on the _24_ day of _December_, 20_19_ at _10_ o'clock _a_.m., by delivering to **CASONDRA MCDOUGAL**, the within named Respondent, a true copy of the **PLAINTIFF'S ORIGINAL NOTICE OF SEIZURE AND INTENDED FORFEITURE.**

_Andrew R Aguilar_ Sheriff
_Crane_ COUNTY, TEXAS
BY: _____ 5-12 _____ DEPUTY

**THE STATE OF TEXAS**

**VS**

**THIRTY SIX THOUSAND SIX
HUNDRED SEVENTY TWO
DOLLARS ($36,672.00) IN UNITED
STATES CURRENCY, IN REM**



**IN THE DISTRICT COURT**

**109TH JUDICIAL DISTRICT**

**CRANE COUNTY, TEXAS**

## CITATION

TO: JESSE RAY HARDEE
    CRANE COUNTY JAIL

You are hereby commanded to appear before the 109th District Court, Crane County, Texas, to be held at the courthouse of said County in the City of Crane Texas, by filing a written answer to the petition of Plaintiff at or before 10 o'clock of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **6860**, styled,

### THE STATE OF TEXAS
### VS
### THIRTY SIX THOUSAND SIX HUNDRED SEVENTY TWO DOLLARS ($36,672.00) IN UNITED STATES CURRENCY, IN REM

filed in said court on the 9th day of December, 2019.
Petitioner is represented by Amanda Navarette, whose address is P.O. Box 1041, Kermit, Texas 79731.

Issued and given under my hand and seal of said Court at Crane Texas, this 10th day of December, 2019.

JUDY CRAWFORD, Clerk
109th District Court, Crane County, Texas
By: _Andrea Naimala_ Deputy

**NOTICE**

You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**SHERIFF'S RETURN**

Came to hand on the _10th_ day of _December_, 20_19_ at _8:46_ o'clock _P_.m., and executed on the _____ day of _____, 20____ at _____ o'clock ____.m., by delivering to **JESSE RAY HARDEE**, the within named Respondent, a true copy of the **PLAINTIFF'S ORIGINAL NOTICE OF SEIZURE AND INTENDED FORFEITURE.**

_____ Sheriff
_____ COUNTY, TEXAS
BY: _____ DEPUTY

THE STATE OF TEXAS

VS

FOURTY ONE THOUSAND NINETY
EIGHT DOLLARS AND SIXTY TWO
CENTS ($41,098.62) IN UNITED
STATES CURRENCY, IN REM

IN THE DISTRICT COURT

109TH JUDICIAL DISTRICT

CRANE COUNTY, TEXAS



## CITATION

TO: JESSE RAY HARDEE
CRANE COUNTY JAIL

You are hereby commanded to appear before the 109th District Court, Crane County, Texas, to be held at the courthouse of said County in the City of Crane Texas, by filing a written answer to the petition of Plaintiff at or before 10 o'clock of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **6861**, styled,

**THE STATE OF TEXAS**
**VS**
**FOURTY ONE THOUSAND NINETY EIGHT DOLLARS AND**
**SIXTY TWO CENTS ($41,098.62) IN UNITED STATES CURRENCY, IN REM**

filed in said court on the 10th day of December, 2019.
Petitioner is represented by Amanda Navarette, whose address is P.O. Box 1041, Kermit, Texas 79731.

Issued and given under my hand and seal of said Court at Crane Texas, this 10th day of December, 2019.

JUDY CRAWFORD, Clerk
109th District Court, Crane County, Texas
By: _Jenell Steinmate_ , Deputy

## NOTICE

You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

## SHERIFF'S RETURN

Came to hand on the _10th_ day of _December_, 20_19_ at _8:35_ o'clock _A_.m., and executed on the _10th_ day of _December_, 20_19_ at _8:36_ o'clock _A_.m., by delivering to **JESSE RAY HARDEE**, the within named Respondent, a true copy of the **PLAINTIFF'S ORIGINAL NOTICE OF SEIZURE AND INTENDED FORFEITURE.**

_Andrew A. Aguilar_ _____ Sheriff
_Crane_ _____ COUNTY, TEXAS
BY: _____ DEPUTY

# Offense Conduct
# (Chapter 2)

*United States v. Asbury*
2022 U.S. App. LEXIS 5711 (7th Cir. 2022)
**Lack of adequate factual basis in PSR for drug quantity; no harmless error**

The defendant was arrested after selling 83 grams of 99% pure meth to a confidential source. He was convicted by a jury for distributing at least 50 grams of meth. The indictment also alleged that he had a prior conviction for a serious drug offense. The PSR converted the 82.2 grams, pursuant to §2D1.1, cmt. 8(D) (table 2), to a drug weight of 1,644 kilograms. However, based on "reports from others who had furnished information," the PSR concluded that the defendant was responsible for an additional 15,819.3 grams of a mixture containing meth distributed between 2018 and 2019. This added an additional 31,638.6 kilograms of converted weight. This raised the offense level to from 32 to 38, and with a criminal history of VI, resulted in a sentencing range of 360 months to life. Had the offense level been 32, his range would have been 210 to 262 months. In response to the defendant's objections, the PSR stated only that "[t]hese amounts were obtained from investigative reports prepared by law enforcement that this [probation] office deemed credible." At sentencing, when the government was asked if intended to introduce any additional evidence regarding the drug amount, it replied that it was not offering any additional evidence. After a brief comment on relevant conduct, the court said that it was adopting the PSR, added two levels for perjury, and imposed a sentence of 360 months, double the statutory mandatory minimum.

On appeal, the defendant argued that the district court erroneously relied on unsupported and disputed allegations in the PSR regarding relevant conduct and the drug amount. The government conceded that the drug-quantity finding could not be sustained. The Seventh Circuit agreed: "This record does not give us the necessary confidence that the conceded guideline error that occurred here was harmless. At no point did the district court squarely address the possibility that it might have erred in its drug-quantity finding – indeed, if it had done so, it undoubtedly would have noticed that there was no evidentiary support for the allegations . . . of the PSR. Nor did the court explain why it would have given exactly the same sentence even if the relevant conduct were excluded." The district court's statement that if it made an error in the guideline calculation, that " would not affect my sentence" was not sufficient to find harmless error. "The district court's generic disclaimer sheds no light on which, if any, . . . potential errors it had in mind. It is thus not specific enough to permit a finding of harmless error." "The district court did not assure itself that there was an adequate factual basis for the drug quantity reported in the PSR; and its brief comment to the effect that the guidelines had not driven its sentence was not enough to fix this problem." The sentence was vacated and remanded.

TO: Judge Counts

RE: Jesse Hardee

Judge Counts -

My name is Jodi Davis and I am writing you on behalf of Jesse Hardee. I am a 50 year old mother of 3, grandmother of 3 and wife of 30 years. I work full time at Anchor Bolt and supply Company. I have been here for almost a year now.

I met Jesse in about 2015. We were and still are friends. Jesse is a very quiet guy. He is also very respectful young man. Since meeting Jesse I have become friends with the whole family. Since Jesse's fathers death in 12/2018 Jesse has taken on the responsibility of Caring for his mother. Although she is very able to care for herself. I felt he went above and beyond to make Sure she had what she needed

and or wanted. This family
has been through a lot in the
last year and I just hope that
their journey will meet more
joys then sorrows.
    Thank you for your time
and consideration. If you need
to reach me by ~~phone~~ my
number is 432. ▮▮▮▮▮▮.
Again Thank you for your time.

Yours Truly

Jodi Davis
▮▮▮▮▮▮▮▮
Crane TX 79731
432. ▮▮▮▮▮▮

TO: Judge Counts

RE: Jesse Hardee

Judge Counts-
My name is Jodi Davis
and I am writing you on behalf
of Jesse Hardee. I am a 50 year
old mother of 3, grandmother of 3
and wife of 30 years. I work
full time at Anchor Bolt and supply
Company. I have been here for
almost a year now.
I met Jesse in about
2015. We were and still are
friends. Jesse is a very quiet
guy. He is also very respectful
young man. Since meeting Jesse
I have become friends with the
whole family. Since Jesse's fathers
death in 12/2018 Jesse has taken
on the responsibility of Caring for
his mother. Although she is very
able to care for herself. I felt
he went above and beyond to make
Sure she had what she needed

and Ev wanted. This family has been through a lot in the last year and I just hope that their journey will meet more joys then sorrows.

Thank you for your time and consideration. If you need to reach me by ~~phone~~ my number is 432. ████

Again Thank you for your time.

Yours Truly

Jodi Davis

████

Crane TX 79731

432. ████

Dear Sir,

I am writing this letter on behalf of Jesse Ray Hardee. I met Jesse's mom when Jesse was about 4 years old. He was a sweet little cotton top boy, who loved to aggravate his Nanny. His grandmother & great grandmother were church going women with wonderful hearts. Jesse was raised by hardworking parents. He had one older brother who he grew up with. He was a loving child whom I have watched grow into a loving and compassionate man. Jesse is known for always putting others needs above his own. He is always helping others. I have seen this first hand when he did everything he could to help my son when he was going through hard times. I feel fortunate to know such a caring man whom I love like one of my own.

Thank you for your time

Sincerely, Sylvia Tarlton

Dear Sir,

I am writing this letter on behalf of Jesse Ray Hardee. I met Jesse's mom when Jesse was about 4 years old. He was a sweet little cotton top boy who loved to aggravate his Nanny. His grandmother & great grandmother were church going women with wonderful hearts. Jesse was raised by hardworking parents. He had one older brother who he grew up with. He was a loving child whom I have watched grow into a loving and compassionate man. Jesse is known for always putting others needs above his own. He is always helping others. I have seen this first hand when he did everything he could to help my son when he was going through hard times. I feel fortunate to know such a caring man whom I love like one of my own.

Thank You for your time

Sincerely, Sylvia Teston

To Whom it may concern

We meet Jessie Hardee in 2016; was a really close friend to my daughter. He is a very respectful young man, Always helpful when he was around, if you needed help he would come! A very quite young man but delibert with something he had to say. In a very short time we considered him as a close friend of the family. We would welcome him here anytime

Thank you
Cynthia Jeffers
April 6, 2020

To Whom it may concern

We meet Jessie Nardee in 2016; was a really close friend to my daughter. He is a very respectful young man, Always helpful when he was around, if you needed help he would come. A very quite young man but deliber with something he had to say, In a very short time we considered him as a close friend of the family. We would welcome him back anytime

Thank you
Cynthia Jones
April 6, 2020

Tiffany Silbey

Crane St, 79731

April 6, 20

Re Jessie Hardee

To Whom it may concern

I have known Jesse for most of my life but have gotten the pleasure to become close to him the last couple of years and you couldn't of asked for a better or more selfless friend. I'm a mother of 3 and he is great with the kids as well. Jesse is a great person in general and and always considerate to others before his self

Thank you

Tiffany Silbey

Tiffany Tilley

▬▬▬▬▬▬▬▬▬▬▬

Crane Tx, 79731

April 6, 20

Re Jessee Hardee

To Whom it may concern

I have known Jesse for most of my life but have gotten the pleasure to become close to him the last couple of years and you couldn't of asked for a better or more selfless friend. I'm a mother of 3 and he is great with the kids as well Jesse is a great person in general and always considerate to others before his self

Thank you

Tiffany Tilley

Judge Counts.

This is Jesse Hardee #43834-480. And I know this is late I got moved to Pollock and we have pretty much been on lock down since then. I Pray the court will at least look at some of the stuff I got. Thank you for your time

Jesse Hardee 43834-480

Jesse Hardee 43834-480
United State Penitentiary
P.O. Box 2099        C1-138
Pollock, LA 71467

RECEIVED

JUN 15 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall ST Rm 222
Midland, TX 79701

SCREENED BY CSO
JUN 15 2022

Legal Mail